JULIUS BRESSNER, an Infant, by HYMAN BRESSNER, His Guardian ad Litem, Respondent, v. JOSEPH CASTALDO, Appellant.†— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,135.55; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley

* Appeal dismissed, 249 N. Y. 537.                † Affd., 249 N. Y. 566.

and Proskauer, JJ.; Martin, J., dissents on the ground that the verdict, although reduced, is excessive. Settle order on notice.